FOURTH DEPARTMENT, FEBRUARY, 2013

(February 1, 2013)

■ In the Matter of NAHSHON JACKSON, Petitioner, v ALBERT PRACK, Director, Special Housing/Inmate Disciplinary Program, Respondent. [959 NYS2d 86]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered October 21, 2011) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously

confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Carni, Lindley and Sconiers, JJ.